# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Strombom, Karen L. | District Court - Washington | 06/23/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 1/1/2016<br>to<br>4/28/2017 |

**7. Chambers or Office Address**

U.S. Courthouse #3244
1717 Pacific Avenue
Tacoma, WA 98402-3243

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | PERS II Retirement, State of Washington, pension at retirement |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | State of Washington Department of Retirement Systems - retirement | $36,863.10 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed building designer |
| 2. 2017 | State of Washington Dept. of Retirement Systems - retirement |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | April 2 - 4, 2017 | Portland, Oregon | Annual Meeting | Meals, hotel and transporetation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 06/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Judicial Retirement Account (H) | | | | | | | | | |
| 2. -US Large Cap Equity Fund | D | Dividend | L | T | | | | | |
| 3. -US Small Cap Equity Index Fund | E | Dividend | L | T | | | | | |
| 4. Oppenheimer Main Street Fund Class A (formerly Opp. Equity Fund)(TSA) | D | Dividend | K | T | | | | | |
| 5. Jackson Nt'l Life (IRA) | A | Interest | K | T | | | | | |
| 6. Jackson Nt'l Life (TSA) | A | Interest | K | T | | | | | |
| 7. Strategic Portfolio Service Advantage (IRA #1) (H) | | | | | | | | | |
| 8. -Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 9. -Oppenheimer Global Opps-A,Oppenheimer Funds | C | Dividend | | | Sold | 05/17/17 | J | | |
| 10. -Col Acorn USA-A; Columbia Funds Group | C | Dividend | | | Sold | 03/10/17 | K | | |
| 11. -Franklin Mutual Discovery | B | Dividend | | | Sold | 02/10/17 | J | | |
| 12. -Opp Strategic Income | B | Dividend | | | Sold | 05/17/17 | K | | |
| 13. -Eaton Vance Short Duration-A Eaton Vance Group | C | Dividend | | | Sold | 03/10/17 | J | | |
| 14. -MFS Intl. Value-A MFS Family of Funds | C | Dividend | | | Sold | 02/10/17 | J | | |
| 15. -Blackrock Equity Dividend Cl A | D | Dividend | | | Sold | 03/03/17 | K | | |
| 16. -Fidelity Advisor New Insights Cl A | A | Dividend | | | Sold | 03/03/17 | J | | |
| 17. -AIM Invesco Bal. Risk | A | Dividend | | | Sold | 02/03/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Multi Asset I. Investor | A | Dividend | | | Sold | 03/03/16 | J | | |
| 19. -Fidelity Adv. Health Care Cl A | A | Dividend | | | Sold | 03/03/17 | J | | |
| 20. -IVY Mid Cap Growth Cl A | B | Dividend | J | T | Sold (part) | 09/14/16 | J | | |
| 21. -IShares Core S&P 500 ETF | B | Dividend | J | T | | | | | |
| 22. -Oppenheimer Global Strat. Income Cl Y | B | Dividend | K | T | Buy | 05/17/17 | K | | |
| 23. -Oppenheimer Global Opptys Cl Y | D | Dividend | J | T | Buy | 05/17/17 | J | | |
| 24. -Blackrock Equity Dividend Instl Cl | A | Dividend | K | T | Buy | 03/03/17 | K | | |
| 25. -Fidelity Advisor New Insights Cl I | A | Dividend | K | T | Buy | 03/03/17 | J | | |
| 26. | | | | | Sold (part) | 09/14/16 | J | | |
| 27. -IShares Edge MSCI USA Min. Volatility ETF | B | Dividend | J | T | Buy | 02/04/16 | J | | |
| 28. -Blackrock Multi Asset Income Inst. Cl | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 29. -Eaton Vance Short Duration Govt Income Cl I | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 30. -Fidelity Advisor Health Care Cl 1 | | None | J | T | Buy | 03/03/17 | J | | |
| 31. -IShares Core US Aggregate Bond ETF | B | Dividend | J | T | Buy | 09/15/16 | J | | |
| 32. -John Hancock Large Cap Equity Cl A | D | Dividend | | | Buy | 01/05/16 | J | | |
| 33. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 34. | | | | | Buy (add'l) | 01/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 36. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 37. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 38. | | | | | Sold | 02/10/17 | K | | |
| 39. -John Hancock Fdmtl Large Cap Core Cl 1 | A | Dividend | K | T | Buy | 02/10/17 | K | | |
| 40. -MFS Intl Value Cl 1 | B | Dividend | K | T | Buy | 02/10/17 | J | | |
| 41. -Franklin Mutual Global Discovery Cl Z | A | Dividend | J | T | Buy | 02/10/17 | J | | |
| 42. -Columbia Acorn USA Cl Z | B | Dividend | K | T | Buy | 03/10/17 | K | | |
| 43. Strategic Portfolio Service Advantage (IRA #2) (H) | | | | | | | | | |
| 44. -Ameriprise Insured Money market | A | Interest | J | T | | | | | |
| 45. -Fid.Adv. High Income A | B | Dividend | | | Sold | 03/03/17 | J | | |
| 46. -Fid.Adv. New Insights A | C | Dividend | | | Sold | 03/03/17 | K | | |
| 47. -MFS Bond A MFS Family of Funds | A | Dividend | | | Sold | 02/10/17 | J | | |
| 48. -Fid.Adv.Strat Income-A | A | Dividend | | | Sold | 03/03/17 | J | | |
| 49. -INV Real Estate -A Invesco Funds | B | Dividend | | | Sold | 03/03/17 | J | | |
| 50. -AIM Invesco Bal. Risk | A | Dividend | | | Sold | 02/03/16 | J | | |
| 51. -Blackrock Multi Asset Income | A | Dividend | | | Sold | 03/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Advisor High Income Cl I | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 53. -Fidelity Advisor New Insights Cl I | B | Dividend | K | T | Buy | 03/03/17 | K | | |
| 54. -MFS Corporate Bond Cl I | A | Dividend | J | T | Buy | 02/10/17 | J | | |
| 55. -Fidelity Advisor Strategic Income Cl I | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 56. -Invesco Real Estate Cl Y | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 57. -IShares Edge MSCI Min Volatility | C | Dividend | K | T | Buy | 02/04/16 | K | | |
| 58. -Blackrock Multi Asset Income Instl Cl | A | Dividend | K | T | Buy | 03/03/17 | J | | |
| 59. SPS Advantage with One Features (H) | | | | | | | | | |
| 60. -Ameriprise Insured Money Market | | None | J | T | | | | | |
| 61. -Inv. Tax Free Interm A Invesco Funds | C | Dividend | | | Sold | 03/03/17 | J | | |
| 62. -Invesco Ltd Term Mun Income Cl Y | B | Dividend | J | T | Buy | 03/03/17 | J | | |
| 63. KeyBank Cash Accounts | A | Interest | L | T | | | | | |
| 64. School Employees Credit Union Cash Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Strombom, Karen L. | 06/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 4:  Oppenheimer Equity Fund merged into Oppenheimer Main Street Fund on March 16, 2017

2. Line 13:  I initially described this as Eaton Low Duration and it should have been Eaton Vance Short Duration.

3. Line 22:  Oppenheimer Global Strat Income Cl Y was acquired through a share class exchange with Oppenheimer Strategic Income at Line 12.

4. Line 23:  Oppenheimer Global Opptys Cl Y was acquired through a share class exchange with Oppenheimer Global Opps-A at Line 9.

5. Line 24:  Blackrock Equity Dividend Instl Cl was acquired through a share class exchange with Blackrock Equity Divident Dl A at line 15.

6. Line 25:  Fidelity Advisor New Insights Cl I was acquired through a share class exchange with Fidelity Advisor New Insights Cl A at line 16.

7. Line 27:  IShare Edge MSCI USA Min. Volatility was purchased with the sale of AIM Invesco Bal. Risk at Line 17.

8. Line 28:  Blackrock Multi Asset Income Inst. CL was acquired through a share class exchange with Blackrock Multi Asset I. Investor at Line 18.

9. Line 29:  Eaton Vance Shoret Duration Gov't Income Cl I was acquired through a share class exchange with Eaton Vance Short Duration at Line 13.

10. Line 30:  Fidelity Advisor Health Care Cl I was acquired through a share class exchange with Fidelity Adv. Health Care Cl A at Line 19.

11. Line 31:  IShares Core US Aggregate Bond ETF was purchased with the part sale of IVY Mid Cap Growth Cl a at Line 20 and with the part sale of Fidelity Advisor New Insights Cl I at Line 25.

12. Line 32:  John Hancock Large Cap Equity Cl A was purchased through sweeps from the money market account at Line 8.

13. Line 39:  John Hancock Fdmtl Large Cap Core Cl I was acquired through a share class exchange with John Hancock Large Cap Equity Cl A at Line 32.

14. Line 40:  MFS Int'l Value Cl I was acquired through a share class exchange with MFS Int'l Value-A at Line 14.

15. Line 41:  Franklin Mutual Global Disc. Cl. Z was acquired through a share class exchange with Franklin Mutual Discovery at Line 11.

16. Line 42:  Columbia Acorn USA Cl Z was acquired through a share class exchange with Columbia Acorn USA-A at Line 10.

17. Line 52:  Fidelity Advisor High Income Cl I was acquired through a share class exchange with Fid. Adv. High Income A at Line 45.

18. Line 53:  Fidelity Advisor New Insights Cl I was acquired through a share class exchange with Fidelity Advisor New Insights A at Line 46.

19. Line 54:  MFS Corporate Bond Cl I was acquired through a share class exchange with MFS Bond A at Line 47.

20. Line 55:  Fidelity Advisor Strategic Income Cl I was acquired through a share class exchange with Fidelity Advisor Strategic Income A at Line 48.

21. Line 56:  Invesco Real Estate Cl Y was acquired through a share class exchange with Invesco Real Estate-A at Line 49.

22. Line 57:  IShares Edge MSCI USA Min Volatility was purchased from the sale of AIM Invesco Bal. Risk at Line 50.

23. Line 58:  Blackrock Multi Asset Income Instl Cl was acquired through a share class exchange with Blackrock Multi Asset Income at Line 51.

24. Line 62:  Invesco Ltd. Term Mun Income Cl Y was acquired through a share class exchange with Invesco Tax Free Interm A Invesco Funds at Line 61.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Strombom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544